**Order entered January 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01340-CR

### EX PARTE CARLOS MALDONADO

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00005-Q**

## ORDER

Before the Court is appellant's January 14, 2020 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **February 20, 2020**. If appellant's brief is not filed by February 20, 2020, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE